**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In re**

**BETTS, ROBERT T. JR.**

**Case No. 04-41681**
**Chapter 7**

  **Debtor**

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

  Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Bank of New York | $1834.71 |
| P. O. Box 6968 | |
| Newark, DE  19714-0000 | |

Dated: August 31, 2009

  /s/ Lynn L. Tavenner
  Lynn L. Tavenner, Trustee
  20 North Eighth Street, Second Floor
  Richmond, VA  23219
  (804) 783-8300

### CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the foregoing <u>Report of Deposit of Unclaimed Funds</u> was electronically served or mailed to the Office of the United States Trustee on August 31, 2009

  /s/ Lynn L. Tavenner
  Lynn L. Tavenner